CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ABDUL HAMZA WALI MUHAMMAD, | CASE NO. 7:14CV00272 |
| Plaintiff, | |
| v. | FINAL ORDER |
| HAROLD W. CLARKE, ET AL., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's 'Motion to Alter or Amend" (ECF No. 12), which the court construes as a motion to classify his religious diet claim as a class action in conjunction with similar claims by inmates, is **DENIED**;

2. This civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous;

3. Plaintiff's pending motions seeking to excuse exhaustion and expand the record, change venue, consent to the jurisdiction of the magistrate judge, and obtain summary judgment or default judgment (ECF Nos. 10, 11, 17, 18, & 19) are **DENIED**; and

4. This action is stricken from the active docket of the court.

ENTER: This 3rd day of November, 2014.

/s/ Glen E. Conrad
Chief United States District Judge